# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## Civil Action No. 5:24-CV-00121-FL

| | |
|---|---|
| CRUM AND FORSTER SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STAR CONTRACTORS OF NC LLC, and<br>BORDEAUX CONSTRUCTION COMPANY, INC.,<br><br>Defendants. | **ENTRY OF DEFAULT AGAINST DEFENDANT FIVE STAR CONTRACTORS OF NC LLC** |

IT APPEARING that the Amended Civil Summons issued to Defendant Five Star Contractors of NC LLC [D.E. 13] and the Declaratory Judgment Complaint [D.E. 1 to D.E. 1-3] were served upon Defendant Five Star Contractors of NC LLC on May 27, 2024, through its registered agent, Carolina Julian, who is designated by law to accept service of process on behalf of Defendant Five Star, via Process Server Todd Bowling.

IT FURTHER APPEARING that Defendant Five Star Contractors of NC LLC has failed and refused to answer or respond to Plaintiff's Declaratory Judgment Complaint, and time for such answer or response has elapsed.

IT FURTHER APPEARING that Plaintiff Crum & Forster Specialty Insurance Company is entitled to an Entry of Default as Defendant Five Star Contractors of NC LLC has failed to answer Plaintiff's Declaratory Judgment Complaint.

IT FURTHER APPEARING that Defendant Five Star Contractors of NC LLC is not a child, incompetent person, or a member of the United States Armed Services.

THEREFORE, upon request of Plaintiff Crum & Forster Specialty Insurance Company,

default is hereby entered against Defendant Five Star Contractors of NC LLC, as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

This the 12 day of *August*, 2024.

*[signature]*

Clerk of the United States District Court
Eastern District of North Carolina