IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:24-cv-00121-FL

| | |
|---|---|
| CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> FIVE STAR CONTRACTORS OF NC LLC and BORDEAUX CONSTRUCTION COMPANY, INC., <br><br> Defendants. | **ORDER** |

This matter is before the Court on the Joint Motion to Stay Pending Decision on Crum & Forster's Motion for Judgment on the Pleadings in this matter for an Order to stay this action, including the remaining deadlines which exist under the current Case Management Order [D.E. 20], pending decision on Crum & Forster's pending Motion for Judgment on the Pleadings [D.E. 24]; and it appearing to the Court that there is good cause for the granting the request to stay, and that granting the request for a stay in this action will serve the interest of efficiency and economy of time and effort for the parties and the Court;

WHEREFORE, it is ORDERED, ADJUDGED, and DECREED that the present action is stayed pending the decision on Crum & Forster's pending Motion for Judgment on the Pleadings [D.E. 24]. Furthermore, the parties are instructed to submit to the Court, to the extent necessary, a proposed Amended Case Management Order within 30 days of the Court's ruling on Crum & Forster's Motion for Judgment on the Pleadings [D.E. 24].

This the 1st day of April, 2025.

                      */s/ Louise W. Flanagan*
                      LOUISE W. FLANAGAN
                      United States District Judge